# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-5083**  **September Term, 2022**

**1:21-cv-03138-TNM**

**Filed On: August 25, 2023** [2014288]

State of Georgia and Brad Raffensperger, Georgia Secretary of State, in his official capacity,

      Appellees

    v.

United States Department of Justice,

      Appellant

## O R D E R

Upon consideration of appellant's unopposed motion for a 7-day extension of time to file the opening brief and appendix, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | September 8, 2023 |
| Appendix | September 8, 2023 |
| Appellees' Brief | October 10, 2023 |
| Appellant's Reply Brief | October 31, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk