# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 23-5083** | **September Term, 2023** |
| | 1:21-cv-03138-TNM |
| | Filed On: November 6, 2023 [2025572] |

State of Georgia and Brad Raffensperger, Georgia Secretary of State, in his official capacity,

        Appellees

    v.

United States Department of Justice,

        Appellant

### O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file the reply brief, it is

**ORDERED** that the motion be granted. Appellant's reply brief is now due November 20, 2023.

                                    **FOR THE COURT:**
                                    Mark J. Langer, Clerk

                            BY:    /s/
                                    Michael C. McGrail
                                    Deputy Clerk