# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-5083**                    **September Term, 2023**

**1:21-cv-03138-TNM**

**Filed On: January 5, 2024** [2034656]

State of Georgia and Brad Raffensperger,
Georgia Secretary of State, in his official
capacity,

        Appellees

    v.

United States Department of Justice,

        Appellant

### O R D E R

Upon consideration of appellant's consent motion to reschedule oral argument for another date in February or March, 2024, it is

**ORDERED** that the motion be granted and this case is removed from the February 14, 2024 oral argument calendar. The Clerk is directed to reschedule this case for oral argument as soon as the business of the court permits.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
      Michael C. McGrail
      Deputy Clerk