# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 23-5083**  **September Term, 2023**

1:21-cv-03138-TNM

**Filed On:** February 15, 2024

State of Georgia and Brad Raffensperger, Georgia Secretary of State, in his official capacity,

        Appellees

    v.

United States Department of Justice,

        Appellant

    **BEFORE:**    Srinivasan, Chief Judge; Garcia, Circuit Judge; and Rogers, Senior Circuit Judge

## O R D E R

It is **ORDERED**, on the court's own motion, that this case be removed from the March 4, 2024 oral argument calendar and be held in abeyance pending this court's disposition of *American Oversight v. United States Department of Health and Human Services, et al.*, No. 22-5281 (D.C. Cir.) (argued Sept. 29, 2023).

The parties are directed to file motions to govern in this case within 30 days of the court's disposition of No. 22-5281.

**Per Curiam**

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Michael C. McGrail
        Deputy Clerk