# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| No. 23-5083 | September Term, 2023 |
| | 1:21-cv-03138-TNM |
| | Filed On: May 31, 2024 |

State of Georgia and Brad Raffensperger, Georgia Secretary of State, in his official capacity,

      Appellees

    v.

United States Department of Justice,

      Appellant

    **BEFORE:**   Srinivasan, Chief Judge; Garcia, Circuit Judge, and Rogers, Senior Circuit Judge

## O R D E R

Upon consideration of the government's unopposed motion to govern future proceedings, it is

**ORDERED** that the motion be granted, and that this case be removed from abeyance and returned to the court's active docket. It is

**FURTHER ORDERED** that the following supplemental briefing schedule and format will apply:

| | |
|---|---|
| Appellant's Supplemental Brief (not to exceed 2,600 words) | June 14, 2024 |
| Appellees' Supplemental Brief (not to exceed 2,600 words) | June 28, 2024 |
| Appellant's Supplemental Reply Brief (not to exceed 1,300 words) | July 8, 2024 |

### Per Curiam

              **FOR THE COURT:**
              Mark J. Langer, Clerk

    BY:    /s/
            Michael C. McGrail
            Deputy Clerk