IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF GEORGIA and BRAD RAFFENSPERGER, Georgia Secretary of State, in his official capacity,<br><br>　　　　Plaintiffs-Appellees,<br><br>　　v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>　　　　Defendant-Appellant. | No. 23-5083 |

## MOTION TO WITHDRAW AS COUNSEL FOR APPELLANT AND NOTICE OF SUBSTITUTION OF LEAD COUNSEL

Jeffrey E. Sandberg hereby moves to withdraw as counsel in the above-captioned appeal and to substitute Daniel Tenny as lead counsel of record for defendants-appellant the United States Department of Justice. Mr. Tenny, who is also an attorney with the Appellate Staff of the Civil Division of the U.S. Department of Justice, is filing his appearance as lead counsel of record today. Mr. Sandberg is withdrawing as counsel because he has resigned his employment with the Department of Justice, effective September 26, 2025.

　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　/s/ Jeffrey E. Sandberg
　　　　　　　　　　　　　JEFFREY E. SANDBERG
　　　　　　　　　　　　　　Attorney, Civil Division, Appellate Staff
　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　950 Pennsylvania Ave. NW, Rm. 7214
　　　　　　　　　　　　　　Washington, DC  20530
　　　　　　　　　　　　　　Phone: (202) 532-4453

September 24, 2025　　　　　*Counsel for Defendant-Appellant*
　　　　　　　　　　　　　*United States Department of Justice*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing motion complies with the type-volume limit of Fed. R. App. P. 27(d)(2)(A) because it contains 99 words, according to the count of Microsoft Word. The motion complies with Fed. R. App. P. 27(d)(1)(E) because it has been prepared in 14-point Calisto MT, a proportionally spaced typeface.

/s/ Jeffrey E. Sandberg
Jeffrey E. Sandberg
*Counsel for Defendant-Appellant*
*United States Department of Justice*

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2025, I electronically filed the foregoing motion with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Jeffrey E. Sandberg
Jeffrey E. Sandberg
*Counsel for Defendant-Appellant*
*United States Department of Justice*
