IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF GEORGIA and BRAD RAFFENSPERGER, Georgia Secretary of State, in his official capacity,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE,<br><br>Defendant-Appellant. | No. 23-5083 |

**APPELLANT'S STATEMENT OF INTENT AS TO APPENDIX**

Appellant does not intend to utilize a deferred appendix. Consistent with Fed. R. App. P. 30(a)(3) & (b)(1), Appellant will coordinate with appellees to prepare and file a joint appendix at the time of the opening brief.

Respectfully submitted,

BRIAN M. BOYNTON
  Principal Deputy Assistant
  Attorney General

MARK B. STERN
 /s/ Jeffrey E. Sandberg
JEFFREY E. SANDBERG
(202) 532-4453
  Attorneys, Appellate Staff
  Civil Division
  U.S. Department of Justice
  950 Pennsylvania Ave., N.W.
  Room 7214
  Washington, DC  20530

MAY 2023

*Counsel for Defendant-Appellant*
*United States Department of Justice*

# CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2023, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the District of Columbia Circuit by using the appellate CM/ECF system. The participants in this case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Jeffrey E. Sandberg
Jeffrey E. Sandberg
*Counsel for Defendant-Appellant*
*United States Department of Justice*